```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION
```

**CHEVRON INTELLECTUAL PROPERTY,**
**LLC and CHEVRON U.S.A., INC.**                              **PLAINTIFFS**

       **v.**         **Civil No. 10-1053**

**RICKY NELMS and PAULA NELMS**                               **DEFENDANTS**

### O R D E R

Now on this 18th day of November, 2010, comes on for consideration plaintiffs' **Motion To Dismiss With Prejudice** (document #3), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**